UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:20-CR-2-REW-HAI |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| JOHNATHON RAY PROFFITT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

After conducting Rule 11 proceedings, *see* DE 325 (Minute Entry), Judge Ingram recommended that the undersigned accept Defendant Proffitt's guilty plea and adjudge him guilty of Counts 1 and 9 of the Superseding Indictment. *See* DE 327 (Recommended Disposition); *see also* DE 207 (Superseding Indictment). Judge Ingram expressly informed Defendant of his right to object to the recommendation and to secure de novo review from the undersigned. *See* DE 327 at 3. The established, 3-day objection deadline has passed, and no party has objected.

While this Court reviews *de novo* those portions of a Recommended Disposition to which a party objects, *see* 28 U.S.C. § 636(b)(1), it is not required to "review . . . a magistrate[] [judge's] factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985). When the parties do not object to the Magistrate Judge's recommended disposition, they waive any right to review. *See* Fed. R. Crim. P. 59(b); *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017) ("When a party . . . fails to lodge a specific objection to a particular aspect of a magistrate judge's report and recommendation, we consider that issue forfeited on appeal."); *see also United States v. Branch*, 537 F.3d 582, 587

(6th Cir. 2008) (noting that "[t]he law in this Circuit is clear" that a party who fails to object to a magistrate judge's recommendation forfeits his right to appeal its adoption).

The Court thus **ADOPTS** DE 327, accepts the plea, and **ADJUDGES** Johnathon Ray Proffitt guilty of the offenses charged in Counts 1 and 9 of the Superseding Indictment. The Court further preliminarily **ADJUDGES** forfeitable the DE 207 identified property, per Judge Ingram's recommendation and Defendant's concession of forfeitability. The Court further **CANCELS** the jury trial (currently set for October 13, 2020) as to Proffitt. An Order scheduling sentencing follows. Defendant remains detained per prior Orders.

This the 18th day of August, 2020.

Signed By:
*Robert E. Wier*  REW
United States District Judge